# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-37041 |
| | § | |
| STANISLAV TOLJ | § | |
| VERA TOLJ | § | |
| | § | |
| Debtors | § | |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/18/2012.  The undersigned trustee was appointed on 09/18/2012.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                                      $6,000.00

       Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $0.00 |
| Bank service fees | $61.86 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $5,938.14 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was <u>02/19/2013</u> and the deadline for filing government claims was <u>05/15/2013</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$1,350.00</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$1,350.00</u>, for a total compensation of <u>$1,350.00</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$0.00,</u> for total expenses of <u>$0.00</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>03/31/2014</u>                    By:    <u>/s/ Horace Fox, Jr.</u>
                                                            Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1          Exhibit A

| Case No.: | 12-37041 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | TOLJ, STANISLAV  AND TOLJ, VERA | Date Filed (f) or Converted (c): | 09/18/2012 (f) |
| For the Period Ending: | 3/31/2014 | §341(a) Meeting Date: | 11/14/2012 |
| | | Claims Bar Date: | 02/19/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | single family home 2952 Peachtree Ct, Glenview IL | $550,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Stay modified on residence and interest abandoned 11.8.12 | | | | | |
| 2 | Cash | $50.00 | $0.00 | | $0.00 | FA |
| 3 | household goods | $3,130.00 | $0.00 | | $0.00 | FA |
| 4 | clothing | $200.00 | $0.00 | | $0.00 | FA |
| 5 | checking Chase 8688 | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Chase savings | $0.06 | $0.00 | | $0.00 | FA |
| 7 | Glenview State Bank checking | $1,437.38 | $0.00 | | $0.00 | FA |
| 8 | Glenview State Bank 4191 checking | $151.22 | $0.00 | | $0.00 | FA |
| 9 | Chase Bank 3188 business checking | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Bank of America checking | $50.00 | $0.00 | | $0.00 | FA |
| 11 | 2003 Lexus | $15,344.00 | $6,368.66 | | $6,000.00 | FA |
| Asset Notes: | trustee value based on CarMax appraisal this vehicle at $12,000 | | | | | |
| 12 | 2001 Volvo | $10,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Volvo not running and requires repairs ($2K AND TIRES $7K) and has approximately 1 million miles on it. | | | | | |

| TOTALS (Excluding unknown value) | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|
| | $580,362.66 | $6,368.66 | $6,000.00 | $0.00 |

**Major Activities affecting case closing:**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| | |
|---|---|
| **Case No.:** | 12-37041 |
| **Case Name:** | TOLJ, STANISLAV  AND TOLJ, VERA |
| **For the Period Ending:** | 3/31/2014 |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Date Filed (f) or Converted (c):** | 09/18/2012 (f) |
| **§341(a) Meeting Date:** | 11/14/2012 |
| **Claims Bar Date:** | 02/19/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

There is equity in an 03 Lexus and an 01 Volvo truck.  Sent demand letter for an offer on both vehicles.

Amended D filed, stating a an individually held secured lien on Volvo truck.  Get and examine the security documents. 1.2.13  Offer on 03 Lexus still outstanding. 1.2.13

Debtor made first payment on Lexus 3.8.13 to purchase equity.

Volvo tractor has more than 1 million miles on it and has been left at a dealer in Rockford.  Debtor is surrendering it.  It has  promissory note against it but no security agreement.  Have asked Chris Matsakis to inspect it. 3.12.13

Need status of tractor (1 million miles). 5.11.13.

Funds coming in on Lexus 7.29.13

Consider abandoning tractor.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):**   12/31/2013 | **Current Projected Date Of Final Report (TFR):**   12/31/2014 | /s/ HORACE FOX, JR. |
| | | HORACE FOX, JR. |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-37041 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | TOLJ, STANISLAV  AND TOLJ, VERA | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1775 | | | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | **-***1776 | | | Account Title: | |
| For Period Beginning: | 9/18/2012 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/31/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/11/2013 | (11) | Vera Tolj | 2003 Lexus recievables | 1129-000 | $500.00 | | $500.00 |
| 03/28/2013 | (11) | Vera Tolj | 2003 Lexus monthly payment from debtor | 1129-000 | $500.00 | | $1,000.00 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.59 | $999.41 |
| 04/24/2013 | (11) | Vera Tolj | 2003 Lexus monthly payment from debtor | 1129-000 | $500.00 | | $1,499.41 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.69 | $1,497.72 |
| 05/23/2013 | (11) | Vera Tolj | 2003 Lexus recievables | 1129-000 | $500.00 | | $1,997.72 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.83 | $1,994.89 |
| 06/27/2013 | (11) | Vera Tolj | 2003 Lexus recievables | 1129-000 | $500.00 | | $2,494.89 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.98 | $2,491.91 |
| 07/31/2013 | (11) | Vera Tolj | 2003 Lexus montly payment from debtor. | 1129-000 | $500.00 | | $2,991.91 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.02 | $2,987.89 |
| 08/30/2013 | (11) | Vera Tolj | 2003 Lexus monthly payment from debtor | 1129-000 | $500.00 | | $3,487.89 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.13 | $3,482.76 |
| 09/24/2013 | (11) | Vera Tolj | 2003 Lexus payment | 1129-000 | $500.00 | | $3,982.76 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.07 | $3,977.69 |
| 10/31/2013 | (11) | Vera Tolj | 2003 Lexus | 1129-000 | $500.00 | | $4,477.69 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.39 | $4,471.30 |
| 11/27/2013 | (11) | Vera Tolj | 2003 lexus monthly Payment | 1129-000 | $500.00 | | $4,971.30 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.21 | $4,964.09 |
| 12/27/2013 | (11) | Vera Tolj | 03 Lexus monthly payment | 1129-000 | $500.00 | | $5,464.09 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.77 | $5,456.32 |
| 01/24/2014 | (11) | Vera Tolj | 03 Lexus monthly payment | 1129-000 | $500.00 | | $5,956.32 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $9.52 | $5,946.80 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.66 | $5,938.14 |

| | | | | SUBTOTALS | $6,000.00 | $61.86 | |

Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-37041 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | TOLJ, STANISLAV AND TOLJ, VERA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1775 | | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | **-***1776 | | Account Title: | |
| For Period Beginning: | 9/18/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/31/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $6,000.00 | $61.86 | $5,938.14 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $6,000.00 | $61.86 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $6,000.00 | $61.86 | |

| For the period of 9/18/2012 to 3/31/2014 | | For the entire history of the account between 03/11/2013 to 3/31/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,000.00 | Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 | Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $61.86 | Total Compensable Disbursements: | $61.86 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $61.86 | Total Comp/Non Comp Disbursements: | $61.86 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3                    Exhibit B

| Case No. | 12-37041 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | TOLJ, STANISLAV AND TOLJ, VERA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1775 | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | **-***1776 | Account Title: | |
| For Period Beginning: | 9/18/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/31/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | $6,000.00 | $61.86 | $5,938.14 |

| For the period of 9/18/2012 to 3/31/2014 | | For the entire history of the case between 09/18/2012 to 3/31/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,000.00 | Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 | Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $61.86 | Total Compensable Disbursements: | $61.86 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $61.86 | Total Comp/Non Comp Disbursements: | $61.86 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

CLAIM ANALYSIS REPORT

Page No:  1                    Exhibit C

| Case No. | 12-37041 | | | | | | | Trustee Name: | Horace Fox, Jr. | | |
| Case Name: | TOLJ, STANISLAV  AND TOLJ, VERA | | | | | | | Date: | 3/31/2014 | | |
| Claims Bar Date: | 02/19/2013 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, JR.<br><br>6 East Monroe<br>Suite 1004<br>Chicago IL 60603 | 11/12/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,350.00 | $1,350.00 | $0.00 | $0.00 | $0.00 | $1,350.00 |
| 7b | BRIDGEVIEW BANK GROUP<br>c/o Kevin Ameriks<br>4753 N. Broadway<br>Chicago IL 60640 | 02/19/2013 | Real Estate - Consensual Liens | Allowed | 4110-000 | $550,000.00 | $550,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   Attorney for Bridgeview, Kevin Ameriks, indicated that the claim had no secured value (property sold) e-mail, 2.13.14

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7a | BRIDGEVIEW BANK GROUP<br>c/o Kevin Ameriks<br>4753 N. Broadway<br>Chicago IL 60640 | 02/19/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $125,041.54 | $125,041.54 | $0.00 | $0.00 | $0.00 | $125,041.54 |

**Claim Notes:**   Order entered 11.8.12 compelling me to abandon interest and modifying the stay on residence.  Asked the attorney who filed the motion to modify to send e-mail stating that for distribution purposes this claim may be valued as an unsecured claim.  Property has been sold to 3rd party purchaser.  2.13.14  See e-mail dated 2.13.14 that indicates that the Bridgeview unsecured claim is $225,427.97, from attorney Kevin Ameriks.  However, no amended claim was filed, so 125,041.54 unsecured claim figure will be used.   See 3.10.14 Ameriks e-mail also on this point.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ATLAS ACQUISITIONS LLC (HSBC - MENARDS)<br>294 Union St.<br>Hackensack NJ 07601 | 11/21/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,572.96 | $5,572.96 | $0.00 | $0.00 | $0.00 | $5,572.96 |
| 2 | ATLAS ACQUISITIONS LLC (CITIBANK - THD CONSUMER)<br>294 Union St.<br>Hackensack NJ 07601 | 11/21/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $13,755.05 | $13,755.05 | $0.00 | $0.00 | $0.00 | $13,755.05 |
| 3 | PORTFOLIO INVESTMENTS II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | 11/26/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $935.57 | $935.57 | $0.00 | $0.00 | $0.00 | $935.57 |

CLAIM ANALYSIS REPORT   Page No:  2   Exhibit C

| Case No. | 12-37041 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | TOLJ, STANISLAV  AND TOLJ, VERA | | Date: | 3/31/2014 |
| Claims Bar Date: | 02/19/2013 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | DISCOVER BANK<br><br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | 11/28/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,401.40 | $9,401.40 | $0.00 | $0.00 | $0.00 | $9,401.40 |
| 5 | ATLAS ACQUISITIONS LLC  (BANK ONE)<br>294 Union St.<br>Hackensack NJ 07601 | 12/01/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,097.50 | $7,097.50 | $0.00 | $0.00 | $0.00 | $7,097.50 |
| 6 | AMERICAN EXPRESS BANK, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 02/06/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $318.42 | $318.42 | $0.00 | $0.00 | $0.00 | $318.42 |

**Claim Notes:**   (6-1) CREDIT CARD DEBT

| | | | | | | | $713,472.44 | $163,472.44 | $0.00 | $0.00 | $0.00 | $163,472.44 |

CLAIM ANALYSIS REPORT

Page No: 3

Exhibit C

**Case No.**          12-37041                                                    **Trustee Name:**      Horace Fox, Jr.
**Case Name:**     TOLJ, STANISLAV  AND TOLJ, VERA                  **Date:**                  3/31/2014
**Claims Bar Date:**   02/19/2013

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured 726(a)(2) | $162,122.44 | $162,122.44 | $0.00 | $0.00 | $0.00 | $162,122.44 |
| Real Estate - Consensual Liens | $550,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $1,350.00 | $1,350.00 | $0.00 | $0.00 | $0.00 | $1,350.00 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:        12-37041
Case Name:    STANISLAV TOLJ
                      VERA TOLJ
Trustee Name:  Horace Fox, Jr.

Balance on hand:                          $5,938.14

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 0 | Bridgeview Bank Group | $550,000.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:                          $0.00
Remaining balance:                          $5,938.14

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $1,350.00 | $0.00 | $1,350.00 |

Total to be paid for chapter 7 administrative expenses:                          $1,350.00
Remaining balance:                          $4,588.14

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:                          $0.00
Remaining balance:                          $4,588.14

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

UST Form 101-7-TFR (5/1/2011)

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $4,588.14 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $162,122.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 07a | Bridgeview Bank Group | $125,041.54 | $0.00 | $3,538.73 |
| 1 | Atlas Acquisitions LLC  (HSBC - Menards) | $5,572.96 | $0.00 | $157.73 |
| 2 | Atlas Acquisitions LLC  (Citibank - THD CONSUMER) | $13,755.05 | $0.00 | $389.27 |
| 3 | Portfolio Investments II LLC | $935.57 | $0.00 | $26.48 |
| 4 | Discover Bank | $9,401.40 | $0.00 | $266.06 |
| 5 | Atlas Acquisitions LLC  (BANK ONE) | $7,097.50 | $0.00 | $200.86 |
| 6 | American Express Bank, FSB | $318.42 | $0.00 | $9.01 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $4,588.14 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |