**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 12-37041 |
|---|---|---|
| | § | |
| STANISLAV TOLJ | § | |
| VERA TOLJ | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 S. Dearborn, Room 713, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 05/22/2014, in Courtroom 644, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/08/2014      By: /s/ Horace Fox, Jr.
                                                                        Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 12-37041 |
|---|---|---|
|  | § |  |
| STANISLAV TOLJ | § |  |
| VERA TOLJ | § |  |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $6,000.00
*and approved disbursements of*      $61.86
*leaving a balance on hand of[1]:*      $5,938.14

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 7b | Bridgeview Bank Group | $550,000.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:      $0.00
Remaining balance:      $5,938.14

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $1,350.00 | $0.00 | $1,350.00 |
| Bruce de 'Medici, Attorney for Trustee Fees | $1,900.00 | $0.00 | $1,900.00 |

Total to be paid for chapter 7 administrative expenses:      $3,250.00
Remaining balance:      $2,688.14

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $2,688.14 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $2,688.14 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $162,122.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 7a | Bridgeview Bank Group | $125,041.54 | $0.00 | $2,073.30 |
| 1 | Atlas Acquisitions LLC  (HSBC - Menards) | $5,572.96 | $0.00 | $92.41 |
| 2 | Atlas Acquisitions LLC  (Citibank - THD CONSUMER) | $13,755.05 | $0.00 | $228.08 |
| 3 | Portfolio Investments II LLC | $935.57 | $0.00 | $15.51 |
| 4 | Discover Bank | $9,401.40 | $0.00 | $155.88 |
| 5 | Atlas Acquisitions LLC  (BANK ONE) | $7,097.50 | $0.00 | $117.68 |
| 6 | American Express Bank, FSB | $318.42 | $0.00 | $5.28 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $2,688.14 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

      Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

      Prepared By: /s/ Horace Fox, Jr.
                                  Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-37041-PSH
Stanislav Tolj                                                          Chapter 7
Vera Tolj
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: froman              Page 1 of 2              Date Rcvd: May 09, 2014
                              Form ID: pdf006           Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2014.
```
db/jdb     +Stanislav Tolj,    Vera Tolj,    4949 Golf Road Apt 206,    Skokie, IL 60077-1404
19454768    Acadian Ambulance Service,    Customer Service Ctr., Inc.,   PO Box 954029,
             Lake Mary, FL 32795-4029
19454769    Acadian Ambulance Services,    PO Box 92970,   Lafayette, LA 70509-2970
19454770   +American Express,    PO Box 297871,   Ft. Lauderdale, FL 33329-7871
20008909    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19454771   +Anthony J. Peraica & Assoc., Ltd.,    5130 S. Archer Avenue,    Chicago, IL 60632-4859
19763980   +Atlas Acquisitions LLC  (BANK ONE),    294 Union St.,    Hackensack, NJ 07601-4303
19719772   +Atlas Acquisitions LLC  (Citibank - THD CONSUMER),    294 Union St.,    Hackensack, NJ 07601-4303
19718962   +Atlas Acquisitions LLC  (HSBC - Menards),    294 Union St.,    Hackensack, NJ 07601-4303
19454773   +Bank of America, NA,    450 American Street,    Simi Valley, CA 93065-6285
19454772   +Bankfirst,    1509 West 41st Street,    Sioux Falls, SD 57105-6370
19454776   +Branka Bugarin,    6369 Springbrook,    Rockford, IL 61114-5662
19462803   +Bridgeview Bank Group,    4735 N Broadway,    Chicago, IL 60640-4915
19454779   +Chase,   PO Box 24696,    Columbus, OH 43224-0696
19454778   #+Chase,    10790 Rancho Bernardo Rd.,    San Diego, CA 92127-5705
19454781    Conesco Financial,    345 St. Peter/900 Landmark,   St. Paul, MN 55102
19454782   +Cook Co. Recorder of Deeds,    118 N. Clark St.,   Chicago, IL 60602-1387
19454783   +Cook Law Magistrate,    5600 Old Orchard Rd.,   Room 1,    Skokie, IL 60077-1051
19454784   +Cook Law Magistrate,    50 W. Washington St.,    Room 10,    Chicago, IL 60602-1305
19454785   +Covergent Outsourcing,    800 SW 39th Street,    Renton, WA 98057-4975
19454787   +Daimler Trk,    13650 Heritage Pkwy,   Ft. Worth, TX 76177-5323
19454789   +ECMC,    1 Imation Pl.,   Oakdale, MN 55128-3422
19454790   +Educational Credit Management Corp.,    Payment Processing Ctr.,    PO Box 779,
             Needham Heights, MA 02494-0006
19454791    Espanola, Elliot Lake & Blind River,    Municipal Offences Court Svcs,    100 Tudhope St., Suite 4,
             Espanola, Ontario,    Canada P5E 1S6
19454792   +First Equity Bank,    3956 W. Dempster,    Skokie, IL 60076-2236
19454793   +Firstsource Advantage,    7715 NW 48th Street,    Suite 100,   Doral, FL 33166-5455
19454796   +HSBC/Menards,    90 Christiana Road,    New Castle, DE 19720-3118
19454797    Insurance Corp. of British Columbia,    151 W. Esplanade,    N. Vancouver, BC,   Canada V7M 3H9
19454798   +Integral Recoveries, Inc.,    750 W. Hampden Ave., Ste 501,    Englewood, CO 80110-2166
19454801   +Northland Group, Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
19454800    Ochsner Health System,    PO Box 61838,    New Orleans, LA 70161-1838
19488183   +Paypal Mastercard,    c/o Paypal Corp. Headquarters,    2211 N. 1st Street,
             San Jose, CA 95131-2021
19454802   +Pioneer Credit Recovery,    PO Box 66,    Arcade, NY 14009-0066
19454803    Pioneer Credit Recovery,    674 Main Street,    Arcade, NY 14009
19454805   +Sears/CBNA,    PO Box 6189,    Sioux Falls, SD 57117-6189
19454806   +Snjezana Vlaski,    6814 South 34th Street,    Franklin, WI 53132-8349
19454807   +Standard Lumber Co.,    ATTN: EDWARD COHEN,    1912 Lehigh Road,    Glenview, IL 60026-1618
19454808   #+Stanislav & Vera Tolj,    2952 Peachgate Court,    Glenview, IL 60026-2618
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19498573   +E-mail/Text: bnc@atlasacq.com May 10 2014 00:40:35     Atlas Acquisitions LLC,    294 Union St.,
             Hackensack, NJ 07601-4303
19454777   +E-mail/Text: kevin.ameriks@bridgeviewbank.com May 10 2014 00:41:01      Bridgeview Bank Group,
             ATTN: Kevin Ameriks,    4753 N. Broadway,    Chicago, IL 60640-4986
19454989   +E-mail/Text: kevin.ameriks@bridgeviewbank.com May 10 2014 00:41:01      Bridgeview Bank Group,
             c/o Kevin Ameriks,    4753 N. Broadway,    Chicago IL 60640-4986
19454780   +E-mail/Text: bk.notifications@jpmchase.com May 10 2014 00:40:58      Chase,    PO Box 901076,
             Ft. Worth, TX 76101-2076
19454786   +E-mail/Text: bankruptcy_notifications@ccsusa.com May 10 2014 00:42:01      Credit Collection Svcs,
             2 Wells Ave.,    Newton, MA 02459-3246
19454788    E-mail/PDF: mrdiscen@discoverfinancial.com May 10 2014 00:46:25      Discover Financial Services,
             PO Box 15316,    Wilmington, DE 19850
19738694    E-mail/PDF: mrdiscen@discoverfinancial.com May 10 2014 00:46:25      Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
19726676    E-mail/PDF: rmscedi@recoverycorp.com May 10 2014 00:45:49      GE Capital Retail Bank,
             c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
19527935    E-mail/PDF: gecsedi@recoverycorp.com May 10 2014 00:45:44      GE Capital Retail Bank/GECRB,
             PO Box 965004,    Orlando, FL 32896-5004
19454795   +E-mail/PDF: gecsedi@recoverycorp.com May 10 2014 00:46:26      GECRB/Mohawk Color Ctr,
             PO Box 981439,    El Paso, TX 79998-1439
19454794   +E-mail/PDF: gecsedi@recoverycorp.com May 10 2014 00:46:27      GECRB/Monogram Credit,
             PO Box 981400,    El Paso, TX 79998-1400
19454799   +E-mail/PDF: resurgentbknotifications@resurgent.com May 10 2014 01:13:45       LVNV Funding, LLC,
             PO Box 740281,    Houston, TX 77274-0281
20354247    E-mail/PDF: rmscedi@recoverycorp.com May 10 2014 00:46:28      Portfolio Investments II LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
20354248    E-mail/PDF: rmscedi@recoverycorp.com May 10 2014 00:45:49
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
```

```
District/off: 0752-1          User: froman              Page 2 of 2                   Date Rcvd: May 09, 2014
                              Form ID: pdf006           Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
19454804     +E-mail/PDF: pa_dc_claims@navient.com May 10 2014 00:46:15      Sallie Mae,   PO Box 9500,
              Wilkes-Barre, PA 18773-9500
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19454774     ##+Bank of America,   PO Box 1598,   Norfolk, VA 23501-1598
19454775     ##+Beneficial/HFC,   PO Box 3425,   Buffalo, NY 14240-3425
                                                                                      TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2014 at the address(es) listed below:
```
              Anthony J Peraica    on behalf of Debtor Stanislav  Tolj peraicalaw@aol.com,   cwinans@peraica.com
              Anthony J Peraica    on behalf of Joint Debtor Vera  Tolj peraicalaw@aol.com,   cwinans@peraica.com
              Bruce E de'Medici    on behalf of Trustee Horace  Fox, JR bdemedici@gmail.com
              Bruce E de'Medici    on behalf of Attorney Bruce  de'Medici bdemedici@gmail.com
              Horace  Fox, JR    on behalf of Attorney Bruce  de'Medici foxhorace@aol.com,
               hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
              Horace  Fox, JR    foxhorace@aol.com,
               hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
              Kevin A Ameriks    on behalf of Creditor    Bridgeview Bank Group kevin.ameriks@bridgeviewbank.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                               TOTAL: 8
```