UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-37041 |
| | § | |
| STANISLAV TOLJ | § | |
| VERA TOLJ | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $530,000.00 | Assets Exempt: | $40,650.00 |
| Total Distributions to Claimants: | $2,688.14 | Claims Discharged Without Payment: | $205,329.87 |
| Total Expenses of Administration: | $3,311.86 | | |

3) Total gross receipts of $6,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $6,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $610,000.00 | $550,000.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $3,311.86 | $3,311.86 | $3,311.86 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $708,296.39 | $162,122.44 | $162,122.44 | $2,688.14 |
| **Total Disbursements** | $1,318,296.39 | $715,434.30 | $165,434.30 | $6,000.00 |

4). This case was originally filed under chapter 7 on 09/18/2012. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>06/13/2014</u>       By:   <u>/s/ Horace Fox, Jr.</u>
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2003 Lexus | 1129-000 | $6,000.00 |
| **TOTAL GROSS RECEIPTS** | | $6,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7b | Bridgeview Bank Group | 4110-000 | $610,000.00 | $550,000.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $610,000.00 | $550,000.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $1,350.00 | $1,350.00 | $1,350.00 |
| Green Bank | 2600-000 | NA | $61.86 | $61.86 | $61.86 |
| Bruce de 'Medici, Attorney for Trustee | 3210-000 | NA | $1,900.00 | $1,900.00 | $1,900.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,311.86 | $3,311.86 | $3,311.86 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (HSBC - Menards) | 7100-000 | $0.00 | $5,572.96 | $5,572.96 | $92.41 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Atlas Acquisitions LLC (Citibank - THD CONSUMER) | 7100-000 | $0.00 | $13,755.05 | $13,755.05 | $228.08 |
| 3 | Portfolio Investments II LLC | 7100-000 | $0.00 | $935.57 | $935.57 | $15.51 |
| 4 | Discover Bank | 7100-000 | $0.00 | $9,401.40 | $9,401.40 | $155.88 |
| 5 | Atlas Acquisitions LLC (BANK ONE) | 7100-000 | $0.00 | $7,097.50 | $7,097.50 | $117.68 |
| 6 | American Express Bank, FSB | 7100-000 | $0.00 | $318.42 | $318.42 | $5.28 |
| | Branka Bugarin | 7100-000 | $11,000.00 | $0.00 | $0.00 | $0.00 |
| | Branka Bugarin | 7100-000 | $11,000.00 | $0.00 | $0.00 | $0.00 |
| 7a | Bridgeview Bank Group | 7100-000 | $662,400.82 | $125,041.54 | $125,041.54 | $2,073.30 |
| | PayPal Mastercard C/O Paypal Corporate Headquarters | 7100-000 | $895.57 | $0.00 | $0.00 | $0.00 |
| | Snjezana Vlaski | 7100-000 | $3,000.00 | $0.00 | $0.00 | $0.00 |
| | Standard Lumber Co. | 7100-000 | $20,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $708,296.39 | $162,122.44 | $162,122.44 | $2,688.14 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 12-37041 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | TOLJ, STANISLAV AND TOLJ, VERA | Date Filed (f) or Converted (c): | 09/18/2012 (f) |
| For the Period Ending: | 6/13/2014 | §341(a) Meeting Date: | 11/14/2012 |
| | | Claims Bar Date: | 02/19/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | single family home 2952 Peachtree Ct, Glenview IL | $550,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Stay modified on residence and interest abandoned 11.8.12 | | | | | |
| 2 | Cash | $50.00 | $0.00 | | $0.00 | FA |
| 3 | household goods | $3,130.00 | $0.00 | | $0.00 | FA |
| 4 | clothing | $200.00 | $0.00 | | $0.00 | FA |
| 5 | checking Chase 8688 | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Chase savings | $0.06 | $0.00 | | $0.00 | FA |
| 7 | Glenview State Bank checking | $1,437.38 | $0.00 | | $0.00 | FA |
| 8 | Glenview State Bank 4191 checking | $151.22 | $0.00 | | $0.00 | FA |
| 9 | Chase Bank 3188 business checking | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Bank of America checking | $50.00 | $0.00 | | $0.00 | FA |
| 11 | 2003 Lexus | $15,344.00 | $6,368.66 | | $6,000.00 | FA |
| **Asset Notes:** | trustee value based on CarMax appraisal this vehicle at $12,000 | | | | | |
| 12 | 2001 Volvo | $10,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Volvo not running and requires repairs ($2K AND TIRES $7K) and has approximately 1 million miles on it. | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                    **Gross Value of Remaining Assets**
                                      $580,362.66                      $6,368.66                                    $6,000.00                              $0.00

**Major Activities affecting case closing:**

Order approving sale entered, final report approved, fee orders signed. 5.22.14.

Last installment came in January, 2014.

Corrected final report to UST, 3.19.14, set in court, 4.22.14.

Most continue final report as I have not gotten an order approving the compromise. 4.20.14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit 8

| **Case No.:** | 12-37041 | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | TOLJ, STANISLAV AND TOLJ, VERA | **Date Filed (f) or Converted (c):** | 09/18/2012 (f) |
| **For the Period Ending:** | 6/13/2014 | **§341(a) Meeting Date:** | 11/14/2012 |
| | | **Claims Bar Date:** | 02/19/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

There is equity in an 03 Lexus and an 01 Volvo truck.  Sent demand letter for an offer on both vehicles.

Amended D filed, stating a an individually held secured lien on Volvo truck.  Get and examine the security documents. 1.2.13  Offer on 03 Lexus still outstanding. 1.2.13

Debtor made first payment on Lexus 3.8.13 to purchase equity.

Volvo tractor has more than 1 million miles on it and has been left at a dealer in Rockford.  Debtor is surrendering it.  It has promissory note against it but no security agreement.  Have asked Chris Matsakis to inspect it. 3.12.13

Need status of tractor (1 million miles). 5.11.13.

Funds coming in on Lexus 7.29.13
Consider abandoning tractor.

**Initial Projected Date Of Final Report (TFR):**   12/31/2013     **Current Projected Date Of Final Report (TFR):**   12/31/2014     /s/ HORACE FOX, JR.
                                                                                                                                    HORACE FOX, JR.

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 12-37041 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | TOLJ, STANISLAV AND TOLJ, VERA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1775 | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | **-***1776 | Account Title: | |
| For Period Beginning: | 9/18/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/13/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/11/2013 | (11) | Vera Tolj | 2003 Lexus recievables | 1129-000 | $500.00 | | $500.00 |
| 03/28/2013 | (11) | Vera Tolj | 2003 Lexus monthly payment from debtor | 1129-000 | $500.00 | | $1,000.00 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.59 | $999.41 |
| 04/24/2013 | (11) | Vera Tolj | 2003 Lexus monthly payment from debtor | 1129-000 | $500.00 | | $1,499.41 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.69 | $1,497.72 |
| 05/23/2013 | (11) | Vera Tolj | 2003 Lexus recievables | 1129-000 | $500.00 | | $1,997.72 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.83 | $1,994.89 |
| 06/27/2013 | (11) | Vera Tolj | 2003 Lexus recievables | 1129-000 | $500.00 | | $2,494.89 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.98 | $2,491.91 |
| 07/31/2013 | (11) | Vera Tolj | 2003 Lexus montly payment from debtor. | 1129-000 | $500.00 | | $2,991.91 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.02 | $2,987.89 |
| 08/30/2013 | (11) | Vera Tolj | 2003 Lexus monthly payment from debtor | 1129-000 | $500.00 | | $3,487.89 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.13 | $3,482.76 |
| 09/24/2013 | (11) | Vera Tolj | 2003 Lexus payment | 1129-000 | $500.00 | | $3,982.76 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.07 | $3,977.69 |
| 10/31/2013 | (11) | Vera Tolj | 2003 Lexus | 1129-000 | $500.00 | | $4,477.69 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.39 | $4,471.30 |
| 11/27/2013 | (11) | Vera Tolj | 2003 lexus monthly Payment | 1129-000 | $500.00 | | $4,971.30 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.21 | $4,964.09 |
| 12/27/2013 | (11) | Vera Tolj | 03 Lexus monthly payment | 1129-000 | $500.00 | | $5,464.09 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.77 | $5,456.32 |
| 01/24/2014 | (11) | Vera Tolj | 03 Lexus monthly payment | 1129-000 | $500.00 | | $5,956.32 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $9.52 | $5,946.80 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.66 | $5,938.14 |
| 05/22/2014 | 5001 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $1,350.00 | $4,588.14 |
| 05/22/2014 | 5002 | Bruce de 'Medici | Final Account Number: ; Claim #: ; Dividend: 31.99; Amount Allowed: 1,900.00; Notes: ; Account Number: ; Distribution Dividend: {$v | 3210-000 | | $1,900.00 | $2,688.14 |
| | | | **SUBTOTALS** | | $6,000.00 | $3,311.86 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-37041 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | TOLJ, STANISLAV AND TOLJ, VERA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1775 | | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | **-***1776 | | Account Title: | |
| For Period Beginning: | 9/18/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/13/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/22/2014 | 5003 | Atlas Acquisitions LLC (HSBC - Menards) | Final Account Number: ; Claim #: 1; Dividend: 1.55; Amount Allowed: 5,572.96; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $92.41 | $2,595.73 |
| 05/22/2014 | 5004 | Atlas Acquisitions LLC (Citibank - THD CONSUMER) | Final Account Number: ; Claim #: 2; Dividend: 3.84; Amount Allowed: 13,755.05; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $228.08 | $2,367.65 |
| 05/22/2014 | 5005 | Portfolio Investments II LLC | Final Account Number: ; Claim #: 3; Dividend: 0.26; Amount Allowed: 935.57; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $15.51 | $2,352.14 |
| 05/22/2014 | 5006 | Discover Bank | Final Account Number: ; Claim #: 4; Dividend: 2.62; Amount Allowed: 9,401.40; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $155.88 | $2,196.26 |
| 05/22/2014 | 5007 | Atlas Acquisitions LLC (BANK ONE) | Final Account Number: ; Claim #: 5; Dividend: 1.98; Amount Allowed: 7,097.50; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $117.68 | $2,078.58 |
| 05/22/2014 | 5008 | American Express Bank, FSB | Final Account Number: ; Claim #: 6; Dividend: 0.08; Amount Allowed: 318.42; Notes: (6-1) CREDIT CARD DEBT; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $5.28 | $2,073.30 |
| 05/22/2014 | 5009 | Bridgeview Bank Group | Final Account Number: ; Claim #: ; Dividend: 34.91; Amount Allowed: 125,041.54; Notes: Order entered 11.8.12 compelling me to abandon interest and modifying the stay on residence. Asked the attorney who filed the motion to modify to send e-mail statin | 7100-000 | | $2,073.30 | $0.00 |
| | | | | **SUBTOTALS** | $0.00 | $2,688.14 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-37041 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | TOLJ, STANISLAV AND TOLJ, VERA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1775 | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | **-***1776 | Account Title: | |
| For Period Beginning: | 9/18/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/13/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $6,000.00 | $6,000.00 | $0.00 |
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 | |
|  |  |  | **Subtotal** |  | $6,000.00 | $6,000.00 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $6,000.00 | $6,000.00 | |

**For the period of 9/18/2012 to 6/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $6,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/11/2013 to 6/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $6,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4     Exhibit 9

| Case No. | 12-37041 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | TOLJ, STANISLAV AND TOLJ, VERA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1775 | | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | **-***1776 | | Account Title: | |
| For Period Beginning: | 9/18/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/13/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $6,000.00 | $6,000.00 | $0.00 |

**For the period of 9/18/2012 to 6/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/18/2012 to 6/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.